AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Cotton States Mutual Insurance Company

V.

Jason Andrew Donald

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: COPY

2:07CV868-WKW

TO: (Name and address of Defendant)

Jason Andrew Donald
9655 Wilson Road
Elberta, Alabama 36530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jannea S. Rogers
P. O. Box 1348
Mobile, AL 36633

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK _____ 10/1/07

(By) DEPUTY CLERK   DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Cotton States Mutual Insurance Company

V.

Lee A. Sellars

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV868-WKW

COPY

TO: (Name and address of Defendant)

Lee A. Sellars
6213 Oliver Drive
Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jannea S. Rogers, Esq.
P. O. Box 1348
Mobile, Alabama 36633

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                      10/1/07

CLERK                                                 DATE

(By) DEPUTY CLERK