# IN THE UNITED STATED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHER DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | | |
| | * | Civil Action No.: 2:07-cv-868 |
| v. | | |
| | * | |
| LEE A. SELLARS and JASON ANDREW DONALD | * | |
| | | |
| Defendant. | * | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to local Rule 3.4 the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Cotton States Mutual Insurance Company, in the above captioned action, certifies there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public. Cotton States Mutual Insurance Company is a mutual insurer and is not a publicly traded company. Further, no publicly traded company is an owner of Cotton States, nor are there any parent companies to Cotton States Mutual Insurance Company.

s/ JANNEA S. ROGERS
Jannea S. Rogers
Adams and Reese, LLp
11 N. Water Street
Suite 23200
Mobile, Alabama  36602
251.433.3234
251.438-7733- Fax
jannea.rogers@arlaw.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this the 5th day of October 2007 electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

Lee Sellars
6312 Oliver Drive
Montgomery, Alabama  36117

Jason Andrew Donald
9655 Wilson Road
Elberta, Alabama, 36530.

                                                     /s/ JANNEA S. ROGERS
                                                     OF COUNSEL