**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lee A. Sellars
   6213 Oliver Drive
   Montgomery, Alabama  36117

2. Article Number
   (Transfer from service label)

   7004 2890 0002 8270 6007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Jamie Sellars_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   Jamie Sellars

C. Date of Delivery
   10-3-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   07 cv 868

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540

Domestic Return Receipt