| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery  10-4<br>C. Signature  *MARY DONALD*  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Jason Andrew Donald<br>9655 Wilson Road<br>Elberta, Alabama  36530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*07cv868 SYC*<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from  | 7004 2890 0002 8270 6014 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952