IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COTTON STATES MUTUAL INSURANCE COMPANY**, | § § § § |
| Plaintiff, | § § |
| v. | §   Case No. 2:07cv868-WKW |
| | § § |
| **LEE A. SELLARS and JASON ANDREW DONALD,** | § § § |
| Defendants. | § § |

**CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Defendant Lee A. Sellars ("Sellars") does hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  There are no such entities to report.

Respectfully submitted this the 14th day of November, 2007.

*/s/Louis M. Calligas*
One of the Attorneys for Defendant,
Lee A. Sellars

**OF COUNSEL**:
William B. Sellers (SEL024)
wsellers@balch.com
Louis M. Calligas (CAL060)
lcalligas@balch.com
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

187382.1

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 14th day of November, 2007:

Jannea S. Rogers
Adams and Reese, LLP
P.O. Box 1348
Mobile, AL 36633-1348

  In addition, I hereby certify that I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants this the 14th day of November, 2007:

James Andrew Donald
9655 Wilson Road
Elberta, Alabama 36530

                */s/ Louis M. Calligas*
                OF COUNSEL