IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:07-cv-0868-WKW |
| LEE A. SELLARS, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Motion to Intervene filed by Rosemary Stanley (Doc. # 13), it is ORDERED that the parties shall show cause in writing **on or before December 19, 2007**, why Stanley's motion (Doc. # 13) should not be granted.

DONE this 5th day of December, 2007.

                        /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE