IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO 2:07 CV-868 |
| | * | |
| LEE A. SELLARS and JASON ANDREW DONALD, | | |
| Defendants. | * | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW the firm of Adams and Reese LLP and William P. Blanton and hereby files his Notice of Appearance of Counsel on behalf of Plaintiff Cotton States Mutual Insurance Company in this matter, and request that all pleadings be forwarded as appropriate.

/s/ WILLIAM P. BLANTON
Jannea S. Rogers(rogej7403)
William P. Blanton (blan5046)
Adams and Reese LLP
Post Office Box 1348
Mobile, Alabama 36633
251.433.3234
251.438.7733 - facsimile
jannea.rogers@arlaw.com
**Attorneys for Plaintiff Cotton States Mutual Insurance Company**

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this the 22nd day of January 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

William B. Sellars
Louis M. Calligas
Balch & Bingham LLP
P. O. Box 78
Montgomery, Alabama  36101-0078


**By United States First Class Mail to:**

Jason Andrew Donald
9655 Wilson Road
Elberta, Alabama  36530

                                              /s/ William P. Blanton
                                              OF COUNSEL