IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COTTON STATES MUTUAL INSURANCE COMPANY,** | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civil Action No.: **2:07CV868 - WKW** ) |
| **LEE A. SELLARS and JASON ANDREW DONALD,** | ) ) ) |
| Defendants | ) ) |
| and | ) ) |
| **ROSEMARY STANLEY,** | ) ) |
| Proposed Intervenor. | ) ) ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW a non-party, the proposed intervenor, Rosemary Stanley ("Stanley"), through undersigned counsel, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

By filing this statement, it is certified that the proposed party / intervenor, Rosemary Stanley, is an individual and there are no "reportable relationships."

RESPECTFULLY SUBMITTED on this ___**29**<sup>th</sup>___ day of JANUARY, 2008.

    /s/ Scott Soutullo
SCOTT SOUTULLO (SOU004)
Attorney for Proposed Intervenor
50 Saint Emanuel Street
Mobile, Alabama 36602
Phone:   (251) 391-1212
Fax:   (251) 650-1358
Email:   scott@lawyerscott.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the **29th** day of **JANUARY, 2008,** served a copy of the foregoing on all presently known counsel of parties to this proceeding by electronic delivery to the email addresses shown below and also to the *pro se* party below by United States Postal Service first class postage prepaid as follows:

Mr. Jason Andrew Donald
*Pro Se* Defendant
9655 Wilson Road
Elberta, AL 36530

Mr. Lee A. Sellars
c/o Louis M. Calligas, Esq.
BALCH & BINGHAM
P.O. Box 78
Montgomery, AL 36101-0078
lcalligas@balch.com
wsellers@balch.com

Cotton States Insurance
c/o:   Jannea Rogers, Esq.
       William P. Blanton, Esq.
ADAMS & REESE
P.O. Box 1348
Mobile, AL 36633-1348
jannea.rogers@arlaw.com
billy.blanton@arlaw.com

    /s/ Scott Soutullo
SCOTT SOUTULLO (SOU004)