IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No.: 2:07-cv-868 |
| v. | * | |
| | * | |
| LEE A. SELLARS and JASON ANDREW DONALD | * | |
| | * | |
| Defendant. | * | |

## MOTION TO COMPEL DEFENDANT JASON DONALD'S RESPONSES TO INTIAL DISCLOSURES

COME NOW Plaintiff, Cotton States Mutual Insurance Company, by and through undersigned counsel, and moves this Court for an Order compelling the Defendant Jason Andrew Donald to provide initial disclosures to the parties pursuant to Rule 26 of the Federal Rules of Civil Procedure and show in support of this motion as follows:

1.  Counsel for Plaintiff and counsel for Defendant Lee Sellars conducted the Parties Planning Meeting pursuant to Federal Rule of Civil Procedure 26(f) on November 14, 2007. Despite several attempts, Plaintiff was unable to contact Defendant Jason Andrew Donald to obtain his participation in the meeting. The Report of Parties Planning Meeting provided that the parties would exchange initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1), by November 28, 2007.

2.  Defendant Jason Donald has yet to make his disclosures as required by Rule 26 of the Federal Rules of Civil Procedure.

3. Counsel for Plaintiff has attempted by telephone and correspondence to obtain the said disclosures. (See correspondence, attached as Exhibit "A.")

WHEREFORE, Plaintiff requests this Court enter an Order compelling the Defendant, Jason Andrew Donald to file his Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.

                                              Jannea S. Rogers
                                              William R. Blanton
                                              Adams and Reese, LLP
                                              11 N. Water Street
                                              Suite 23200
                                              Mobile, Alabama 36602
                                              251.433.3234
                                              251.438-7733- Fax
                                              jannea.rogers@arlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 4th day of February, 2008 electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

William B. Sellars (SEL024)
wsellars@balch.com
Louis M. Calligas (CAL060)
lcalligas@balch.com
Balch & Bingham LLP
P. O. Box 78
Montgomery, Alabama 36101-0078

Jason Andrew Donald
9655 Wilson Road
Elberta, Alabama, 36530

                                              OF COUNSEL



**ADAMS AND REESE** LLP

**Attorneys at Law**
Baton Rouge
Birmingham
Houston
Jackson
Memphis
**Mobile**
Nashville
New Orleans
Washington, DC

January 22, 2008

Jason A. Donald
9655 Wilson Road
Elberta, Alabama  36530

      RE:      Cotton States v. Lee A. Sellers
                   Claim No:  001302000071100
                   A&R File No:  11913-10
                   Policy No: APA0831100

Dear Jason:

      Pursuant to the Parties Planning Meeting which was conducted on November 14, 2007, it was agreed that Initial Disclosures would be made by November 28, 2007.  We have yet to receive your Initial Disclosures which are required pursuant to Rule 26 of the Federal Rules of Civil Procedure.  Please provide us with your Initial Disclosures within the next ten days so that we can avoid filing a Motion to Compel.  We appreciate your consideration in this matter.

                                        Very truly yours,

                                        ADAMS and REESE, LLP

                                        Billy Blanton

WPB/kas
cc:    Jannea Rogers
        Wayne A. Bolgla
        William B. Sellars, Esq.

**EXHIBIT A**