IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL, INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:07-cv-868-WKW |
| LEE A. SELLARS, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Upon of review and consideration of Plaintiff's *Motion to Compel Defendant Jason Donald's Responses to Initial Disclosures* (Doc. 22, filed February 4, 2008), it is

**ORDERED** that Defendant Jason Donald show cause why this motion should not be granted on or before **February 13, 2008**.

DONE this 4th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE