IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL, INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:07-cv-868-WKW ) |
| LEE A. SELLARS, *et al.*, | ) ) |
| Defendants. | ) |

### ORDER

Pending before the Court is Plaintiff's *Motion to Compel Defendant Jason Donald's Responses to Initial Disclosures* (Doc. 22, filed February 4, 2008). The Court entered a Show Cause Order on February 4, 2008 indicating Defendant Jason Donald should show cause why the motion should not be granted on or before February 13, 2008. No response was filed.

As such, it is **ORDERED** that the *Motion to Compel Defendant Jason Donald's Responses to Initial Disclosures* (Doc. 22) is **GRANTED**. Defendant Jason Donald shall provide his Initial Disclosures pursuant to Fed. R. Civ. P. 26 on or before **February 22, 2008**.

The Clerk is **DIRECTED** to send a copy of this Order to Defendant Jason Donald by normal mail <u>and</u> certified mail. The remaining parties shall be served by e-mail transmittal.

DONE this 15th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE