| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 2-25-08 |
| Jason Andrew Donald<br>9655 Wilson Road<br>Elberta, AL 36530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv868<br>Order |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>2/15/08 |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (transfer from service label) | 7007 2680 0003 1841 5226 |

Domestic Return Receipt  102595-02-M-1540