IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:07-cv-0868-WKW ) |
| LEE A. SELLARS, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the plaintiff's Motion for Default Judgment (Doc. # 27) is referred to Magistrate Judge Terry F. Moorer for appropriate proceedings and recommendation.

DONE this 16th day of April, 2008.

    /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE