IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL, INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:07-cv-868-WKW ) |
| LEE A. SELLARS, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Upon of review of Plaintiff's *Motion for Default Judgment* (Doc. 27, filed March 7, 2008) and the failure of Defendant to comply with this Court's Order (Doc. 25), it is hereby **ORDERED** that the motion be submitted without oral argument on **May 7, 2008.**

It is further **ORDERED** that Defendant file a response which shall include a brief and evidentiary materials on or before **April 30, 2008**. Plaintiff may file a reply brief on or before **May 7, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 16th day of April, 2008.

                                          /s/Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE