IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:07-cv-0868-WKW ) |
| LEE A. SELLARS, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion for Leave to File Amended Complaint (Doc. # 31), it is ORDERED that the motion is GRANTED. The Amended Complaint (Doc. # 33) is deemed filed as of this date and the plaintiff shall cause the immediate service of process on the new defendants.

DONE this 24th day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE