IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COTTON STATES MUTUAL
INSURANCE COMPANY,

    Plaintiff,

V. ) CASE NO. 07-CV-868-WKW

LEE A. SELLARS and )
JASON ANDREW DONALD
    )
    Defendants.

**CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Defendant Jason Andrew Donald, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  There are no such entities to report.

Respectfully submitted this the 22 day of April, 2008.

BY: _____
    JASON ANDREW DONALD
    Defendant

SCANNED

CERTIFICATE OF SERVICE

    I, JASON ANDREW DONALD hereby certify that I have on this date, served a copy of the foregoing upon all parties in the above styled case and cause, by placing a copy of the same in the U.S. Mail on this the 22 day of April, 2008.

Louis M. Calligas
Balch & Bingham, LLP
Post Office Box 78
Montgomery, Alabama   36101-0078

Jannea S. Rogers
Adams and Reese, LLP
Post Office Box 1348
Mobile, Alabama   36633

                                              _____
                                              JASON ANDREW DONALD

Jason Donald
301 Seminole Avenue
Fairhope, AL 36532

MOBILE AL 366

25 APR 2008 PM 2 T



United States District Court
1729 Fifth Avenue North
Birmingham, AL 35203