OFFICE OF CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101-0711

7006 2760 0004 0098 3042

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lindley Sellars
9655 Wilson Road
Elberta, Alabama  36530

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Lindley Sellars<br>9655 Wilson Road<br>Elberta, Alabama 36530<br><br>07CV868 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*amended cmp 07cv868*<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0004 0098 3042 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Cotton States Mutual Insurance Company

V.

Lindley Sellers

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-868

TO: (Name and address of Defendant)

Lindley Sellers
9655 Wilson Rd
Elberta, Alabama 36530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jannea S. Rogers
Adams and Reese LLP
P. O. Box 1348
Mobile, Alabama 36633

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                        4/28/08
CLERK                                     DATE

_/s/ signature_
(By) DEPUTY CLERK