IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:07cv868-WKW |
| LEE A. SELLARS and JASON ANDREW DONALD, | § § § § | |
| Defendants. | § | |

## CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant Lindley Sellars ("Sellars") does hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  There are no such entities to report.

Respectfully submitted this the 9th day of May, 2008.

/s/Louis M. Calligas
One of the Attorneys for Defendants,
Lee A. Sellars and Lindley Sellars

**OF COUNSEL**:
William B. Sellers (SEL024)
wsellers@balch.com
Louis M. Calligas (CAL060)
lcalligas@balch.com
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

191938.1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 9th day of May, 2008.

Jannea S. Rogers
William P. Blanton
Adams and Reese, LLP
P.O. Box 1348
Mobile, AL 36633-1348


      In addition, I hereby certify that I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants this the 9th day of May, 2008.

James Andrew Donald
9655 Wilson Road
Elberta, Alabama 36530


                                                 /s/ Louis M. Calligas
                                               OF COUNSEL