IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL, INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-868-WKW |
| LEE A. SELLARS, *et al.*, | ) ) | |
| Defendants. | ) | |

### **ORDER**

Upon of review of Plaintiff's *Motion for Default Judgment* (Doc. 27, filed March 7, 2008), the failure of Defendant to respond to the Court's show cause order, and his continued failure to comply with discovery requirements, it is hereby **ORDERED** the Plaintiff and Defendant Jason Andrew Donald shall convene on **May 21, 2008 at 11:00 a.m.** for a hearing on the motion. The conference shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The conference shall be attended by at least one of the attorneys representing each of the parties. Any other persons of interest may attend the status conference as well.

**Defendant Donald is advised that his lack of representation DOES NOT excuse him from compliance with the orders and rules of this Court for the timely and orderly prosecution of the lawsuit. Failure to follow the requirements of this Order may result in the entry of a final judgment in Plaintiff's favor without any trial.**

      The Clerk is **DIRECTED** to send a copy of this Order to Defendant Jason Donald by certified mail <u>and</u> overnight mail with tracking capabilities. The remaining parties shall be served by e-mail transmittal.

      DONE this 13th day of May, 2008.

                                   /s/ Terry F. Moorer
                                   TERRY F. MOORER
                                   UNITED STATES MAGISTRATE JUDGE