IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2008 MAY 21 P 3:39

COTTON STATES MUTUAL )
INSURANCE COMPANY, )
)
    Plaintiff, )
V. ) CASE NO. 07-CV-868-WKW
)
LEE A. SELLARS and )
JASON ANDREW DONALD )
)
    Defendants. )

**INITIAL DISCLOSURES OF DEFENDANT, JASON ANDREW DONALD**

Defendant Jason Andrew Donald ("Donald"), pursuant to Rule 26(a)(1) of the *Federal Rules of Civil Procedure*, provides the following disclosures:

1. **The following individuals are believed to have discoverable information regarding the matters that are the subject of this litigation:**

   A. Defendant Jason Andrew Donald, 9655 Wilson Road, Elberta, Alabama 36530, has information concerning the allegations of the complaint and the defenses asserted by him in answer to the complaint.

   B. Defendant Lee A. Sellars, c/o Louis M. Calligas, Esquire, Balch & Bingham, LLP, P.O. Box 78, Montgomery, Alabama 36101-0078 (334)834-6500, has information concerning the allegations of the complaint and the defenses asserted by him in answer to the complaint.

C. Lindley J. Sellars, c/o Louis M. Calligas, Esquire, Balch & Bingham, LLP., Post Office Box 78, Montgomery, Alabama 36101-0078, (334) 834-6500, has information concerning the allegations of the complaint.

D. Representatives of Foley Police Department, 251-943-4431, has/have information concerning the allegations of the complaint.

2. **The documents in the possession of the Defendant Donald which may be used to support his defenses in this case include, but are not limited to, the following:**

   **There are none.**

3. **Damages: Not applicable.**

4. **Insurance Agreements: Not applicable.**

Dated this the 22 day of April, 2008.

BY: _____
JASON ANDREW DONALD
Defendant

## CERTIFICATE OF SERVICE

I, JASON ANDREW DONALD hereby certify that I have on this date, served a copy of the foregoing upon all parties in the above styled case and cause, by placing a copy of the same in the U.S. Mail and/or by efiling the same using Alafile on this the 22 day of April, 2008.

Louis M. Calligas
Balch & Bingham, LLP
Post Office Box 78
Montgomery, Alabama    36101-0078

Jannea S. Rogers
Adams and Reese, LLP
Post Office Box 1348
Mobile, Alabama    36633

_____
JASON ANDREW DONALD