IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:07-cv-0868-WKW ) |
| LEE A. SELLARS, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On April 18, 2008, the plaintiff filed a Motion for Leave to File Amended Complaint (Doc. # 31) in order to add Lindley Sellars, Rosemary Stanley, and Steven Stanley as defendants. The motion was granted on April 24, 2008, and the plaintiff was ordered to "cause the immediate service of process on the new defendants." (Doc. # 34.) A summons (Doc. # 35) was issued to Lindley Sellers on April 29, 2008, which was returned unexecuted (Doc. # 37) on May 7, 2008. Nevertheless, Lindley Sellers filed her answer (Doc. # 38) to the amended complaint on May 9, 2008.

However, it appears Rosemary Stanley and Steven Stanley were never served with the amended complaint and were never added as defendants in this action. Therefore, in light of the court's previous order (Doc. # 34), it is ORDERED that:

1.  The plaintiff shall show cause **on or before June 20, 2008**, why Rosemary Stanley and Steven Stanley have not been served with the amended complaint; and

2. The deadline for objecting to the Magistrate Judge's Recommendation (Doc. # 44) of default judgment against Defendant Jason Donald is EXTENDED from June 5, 2008, until two weeks from the date service of the Amended Complaint on Rosemary Stanley and Steven Stanley has been perfected.

DONE this 13th day of June, 2008.

                                         /s/   W.  Keith Watkins
                                         UNITED STATES DISTRICT JUDGE