IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COTTON STATES MUTUAL            *
INSURANCE COMPANY,
            Plaintiff,          *

v.                              *        CASE NO 2:07 CV-868

LEE A. SELLARS and              *
JASON ANDREW DONALD,
LINDLEY SELLARS, and            *
ROSEMARY AND STEPHEN
STANLEY                         *

            Defendants.         *

PLAINTIFF'S SHOW CAUSE RESPONSE

COMES NOW, Plaintiff Cotton States Mutual Insurance Company and responds

to the Court's Show Cause Order as follows:

1.      On June 13, 2008, the Court issued an Order to Show Cause on or before June 20,

2008, as to why Rosemary Stanley and Stephen Stanley have not been served with the

Amended Complaint.

2.      On June 14, 2008, Process Server, James Fuqua, personally served the

Defendants, Rosemary and Stephen Stanley, at their residence in Elberta, Alabama

(Return of Service attached as Exhibit "A").

WHEREFORE, the premises considered, Plaintiff respectfully submits the

attached Return of Service in response to the Court's Show Cause Order.

/s/ WILLIAM P. BLANTON
Jannea S. Rogers(rogej7403)
William P. Blanton (blan5046)
Adams and Reese LLP
Post Office Box 1348
Mobile, Alabama 36633
251.433.3234
251.438.7733 - facsimile
jannea.rogers@arlaw.com
**Attorneys for Plaintiff Cotton
States Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 17th day of June 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

William B. Sellars
Louis M. Calligas
Balch & Bingham LLP
P. O. Box 78
Montgomery, Alabama 36101-0078

/s/ William P. Blanton
OF COUNSEL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| | Middle | | District of | | Alabama | |
|---|---|---|---|---|---|---|

Cotton States Mutual Insurance Company

V.

Rosemary and Steven Stanley

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:    07-868

TO: (Name and address of Defendant)

Rosemary and Steven Stanley
12769 Main Street
Elberta, Alabama  36530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jannea S. Rogers
Adams and Reese LLP
P. O. Box 1348
Mobile, Alabama  36633

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

EXHIBIT

A

CLERK _____

DATE _____

(By) DEPUTY CLERK _____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-14-08 |
| NAME OF SERVER *(PRINT)*  JAMES FUQUA | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:  1276 MAIN ST  ELBERTA, AL. 36530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-14-08
          _____
          Date

          *James Fuqua*
          _____
          Signature of Server

          P.O. BOX 180277 mob. AL. 36618
          _____
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.