IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>LEE A. SELLARS, *et al.*, )<br><br>Defendants. ) | Case No. 2:07-cv-0868-WKW |

## **ORDER**

Upon consideration of the plaintiff's Motion to Extend Time to Respond to Order to Show Cause for Purpose of Filing a Supplemental Response (Doc. # 47), it is ORDERED that the motion is GRANTED.

DONE this 3rd day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE