IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COTTON STATES MUTUAL          *
INSURANCE COMPANY,
        Plaintiff,          *

v.                           *          CASE NO 2:07 CV-868

LEE A. SELLARS and           *
JASON ANDREW DONALD,
LINDLEY SELLARS, and         *
ROSEMARY AND STEPHEN
STANLEY                      *

        Defendants.          *

## NOTICE OF SUBSTITUTION OF COUNSEL

        COMES NOW the undersigned and gives notice to this Honorable Court of a substitution of counsel for Cotton States Mutual Insurance Company (hereinafter referred to as "Cotton States"). William P. Blanton of Adams and Reese LLP will no longer represent Cotton States in this matter. Cotton States's representation will now be handled by Eric Cromwell of Adams and Reese LLP.

        Respectfully submitted,

        /s/Eric B. Cromwell, II
        JANNEA S. ROGERS (ROG024)
        ERIC B. CROMWELL, II(CRO078)
        Adams and Reese LLP
        Post Office Box 1348 (36633)
        11 N. Water Street, Ste 23200
        Mobile, Alabama  36602
        251.433.3234
        251.438.7733  facsimile
        jannea.rogers@arlaw.com
        eric.cromwell@arlaw.com

329978-1

Attorneys for Plaintiff Cotton
States Mutual Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 25th day of July, 2008 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

John A. Tinney, Esq.
P. O. Box 1430
Roanoke, Alabama  36274

/s/  Eric B. Cromwell, II
COUNSEL

329978-1